IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LEON RUSSELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:13-CV-00982 ) Chief Judge William J. Haynes |
| ATM SOLUTIONS, INC., | ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Now come Plaintiff Leon Russell and Defendant ATM Solutions, Inc., by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) and hereby stipulate that the above-captioned action is dismissed with prejudice in its entirety as between them, each party to bear their own costs.

Respectfully submitted,

/s/*Morgan E. Smith*
Morgan E. Smith, BPR #026601
144 2nd Ave. N. Ste. 200
Nashville, TN 37201
Telephone: (615) 620-5848
Facsimile: (615) 244-9231
Email: morgan@lawonyourschedule.com

*Counsel for Plaintiff*
*Leon Russell*

/s/*Katharine C. Weber*
Katharine C. Weber (*Pro Hac Vice*)
Matthew R. Byrne (*Pro Hac Vice*)
JACKSON LEWIS P.C.
PNC Center, 26th Floor
201 E. Fifth Street
Cincinnati, OH 45202
Telephone: (513) 898-0050
Facsimile: (513) 898-0051
Email: katharine.weber@jacksonlewis.com
Email: matthew.byrne@jacksonlewis.com

O. John Norris, III
JACKSON LEWIS P.C.
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626

1

*Counsel for Defendant*
*ATM Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31 day of March, 2015, a true and accurate copy of the foregoing Joint Stipulation of Dismissal With Prejudice was electronically filed with the United States District Court for the Middle District of Tennessee via the Court's CM/ECF system, and that such system will send electronic notice of the filing to the following:

Katharine C. Weber (*Pro Hac Vice*)
Matthew R. Byrne (*Pro Hac Vice*)
JACKSON LEWIS P.C.
PNC Center, 26th Floor
201 E. Fifth Street
Cincinnati, OH 45202
Email: katharine.weber@jacksonlewis.com
Email: matthew.byrne@jacksonlewis.com

O. John Norris, III
JACKSON LEWIS P.C.
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Email: norrisj@jacksonlewis.com

/s/*Morgan E. Smith*
Morgan E. Smith

4834-0931-0242, v. 1