IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEON RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:13-cv-00982 |
| v. ) | Senior Judge Haynes |
| ) | |
| ATM SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is the parties' joint stipulation of dismissal of all claims pending in this action. (Docket Entry No. 39). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are **DISMISSED with prejudice**. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the _6_ day of April, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge